*ford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Provenzano, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED SHIELDS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Mark, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES D. HOLLENBECK, Appellant.—Appeal unanimously dismissed *(see,* CPL 450.10, 450.15, *as amended by* L 1984, ch 671). Were we to address the merits, we would affirm. (Appeal from judgment of Oswego County Court, Hurlbutt, J.—sodomy, second degree.) Present —Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS FIGUEROA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Barr, J.—burglary, second degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ In the Matter of KENNETH GASTON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Jermosen v Smith,* 84 AD2d 932, *lv denied* 56 NY2d 504, 711). (Appeal from judgment of Supreme Court, Wyoming County, Johnson, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ In the Matter of JUAN RIVERA, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Jermosen v Smith,* 84 AD2d 932, *lv denied* 56 NY2d 504, 711). (Appeal from judgment of Supreme Court, Wyoming County, McGowan, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ J. H. VERBRIDGE AND SON, INC., Respondent, v SODUS COLD STORAGE CO., INC., Appellant. (Appeal No. 1.)—Appeal unanimously dismissed as academic without costs. (Appeal from order of Supreme Court, Wayne County, Pine, J.—sum-

mary judgment.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ J. H. VERBRIDGE AND SON, INC., Respondent, v SODUS COLD STORAGE CO., INC., Appellant. (Appeal No. 2.)—Order unanimously affirmed, with costs, for reasons stated at Special Term, Pine J. (Appeal from order of Supreme Court, Wayne County, Pine, J.—summary judgment.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT F. MORGAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Crowley, J.—burglary, third degree.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.

■ In the Matter of KENNY RYAN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously modified, on the law, and as modified, affirmed, in accordance with the following memorandum: Special Term properly held that the various adjustment committee hearings were a nullity since they violated the Regulations of the Department of Correctional Services then in effect (7 NYCRR 252.5 [e] [3] [repealed June 15, 1983]). It properly expunged all references to those proceedings from petitioner's institutional records. Special Term, however, failed to direct the deletion from petitioner's records of any reference to petitioner's classification as a security risk which may have resulted from the adjustment committee's proceedings. Such a direction should have been made and we modify the order to include it. (Appeal from judgment of Supreme Court, Wyoming County, Wolfgang, J.—art 78.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.

■ ANTHONY ITALIANO, Appellant, v CITY OF SYRACUSE, Respondent.—Order unanimously affirmed, without costs (see, Rottkamp v Young, 21 AD2d 373, affd 15 NY2d 831). (Appeal from order of Supreme Court, Onondaga County, Grow, J.— dismiss complaint.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.

■ In the Matter of LARRY GURLEY, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously affirmed (see, People ex rel. Corcoran v Smith, 105 AD2d 1142; Matter of Jones v Smith, 120 Misc 2d 445, affd 101 AD2d 705, affd 64 NY2d